FILED

05/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0023

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No.
## DA 20-0023

---

MONTANA DIGITAL, LLC,

        Plaintiff/Appellee,

-vs-

TRINITY LUTHERAN CHURCH,

        Defendant/Appellant.

---

On Appeal from the Montana Eleventh Judicial District
Flathead County Cause No. DV-19-165A, Hon. Amy Eddy

---

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

---

The Court being in receipt of Appellee's unopposed Motion for Extension of Time to File Response Brief, and good cause appearing, NOW THEREFORE,

IT IS HEREBY ORDERED that Appellee shall have up to and including June 10, 2020, in which to file their Response Brief.

ELECTRONICALLY DATED AND SIGNED.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 6 2020